# EXHIBIT E

| US8861512 | Voyant– 'OfficeXtend' ("The accused instrumentality") |
|---|---|
| 1. A method of enabling a wireless device, located in a region, to initiate a network connection without using a network operator's home location register that covers that region, comprising the steps of: | The accused product discloses a method of enabling a wireless device (e.g., Smartphone), located in a region, to initiate a network connection (e.g., SIP/VoIP Invite) without using a network operator's home location register that covers that region.<br><br>The accused product uses Internet or IP network for calling. Hence, it bypasses network operator's home location register as Wi-Fi or internet-based calling does not require home location register (HLR). |



https://play.google.com/store/apps/details?id=officextend.android

officeXtend is a next-generation unified communications service that integrates business telephony into a simple to use interface allowing users to stay connected anywhere, from any device. Designed with the user-experience in mind, officeXtend makes it easy to access telephony features, use text messaging from your business number and collaborate with Voice or Video to improve worker productivity and streamline business operations.

https://play.google.com/store/apps/details?id=officextend.android



https://help.inteliquent.com/officextend-user-guide



https://help.inteliquent.com/officextend-user-guide

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| | |
|---|---|
| (a) the wireless device using a module that is responsible for contacting a server to communicate with the server over a wireless link, wherein the device includes the module that is implemented as software and that is downloadable to the device; | The wireless device (e.g., Smartphone) using a module (e.g., OfficeXtend Mobile application) that is responsible for contacting a server (e.g., OfficeXtend Mobile Server) to communicate with the server (e.g., OfficeXtend Mobile Server) over a wireless link (e.g., Wi-Fi link), wherein the wireless device (e.g., Smartphone) includes the module (e.g., OfficeXtend Mobile application) that is implemented as software and that is downloadable to the wireless device (e.g., Smartphone). |



https://play.google.com/store/apps/details?id=officextend.android

officeXtend is a next-generation unified communications service that integrates business telephony into a simple to use interface allowing users to stay connected anywhere, from any device. Designed with the user-experience in mind, officeXtend makes it easy to access telephony features, use text messaging from your business number and collaborate with Voice or Video to improve worker productivity and streamline business operations.

https://play.google.com/store/apps/details?id=officextend.android



https://help.inteliquent.com/officextend-user-guide



https://help.inteliquent.com/officextend-user-guide

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (b) the wireless device using the module to send, over the wireless link, data to the server that defines a call request; | The wireless device (e.g., Smartphone) using the module (e.g., OfficeXtend Mobile application) to send, over the wireless link (e.g., Wi-Fi link), data to the server (e.g., OfficeXtend Mobile Server) that defines a call request (e.g., Invite signal from caller to server).<br><br><br><br>https://play.google.com/store/apps/details?id=officextend.android |

officeXtend is a next-generation unified communications service that integrates business telephony into a simple to use interface allowing users to stay connected anywhere, from any device. Designed with the user-experience in mind, officeXtend makes it easy to access telephony features, use text messaging from your business number and collaborate with Voice or Video to improve worker productivity and streamline business operations.

https://play.google.com/store/apps/details?id=officextend.android



https://help.inteliquent.com/officextend-user-guide



https://help.inteliquent.com/officextend-user-guide

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| | |
|---|---|
| (c) in response to the call request, a software application running on the server deciding on the appropriate routing to a third party end-user over all available networks for that call request without using the network operator's home or visitor location register. | In response to the call request (e.g., Invite signal from caller to server), a software application (e.g., software running at OfficeXtend Mobile SIP/VoIP proxy Server to route/manage calls) running on the server (e.g., OfficeXtend Mobile Server) deciding on the appropriate routing (e.g., Invite signal from server to callee) to a 3rd party end-user (e.g., Other users using OfficeXtend Mobile) for that call request (e.g., Invite signal from caller to server) without using the network operator's home or visitor location register. |



https://play.google.com/store/apps/details?id=officextend.android

officeXtend is a next-generation unified communications service that integrates business telephony into a simple to use interface allowing users to stay connected anywhere, from any device. Designed with the user-experience in mind, officeXtend makes it easy to access telephony features, use text messaging from your business number and collaborate with Voice or Video to improve worker productivity and streamline business operations.

https://play.google.com/store/apps/details?id=officextend.android



https://help.inteliquent.com/officextend-user-guide



https://help.inteliquent.com/officextend-user-guide

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| 4. The method of claim 1, in which the wireless device uses HTTP (Hypertext Transfer Protocol) over the internet to communicate with the server. | The wireless device (e.g., user device) uses HTTP (Hypertext Transfer Protocol) over the internet to communicate with the server (e.g., OfficeXtend Mobile server).  https://login.voyant.com/ |
| 5. The method of claim 4 in which the user has to enter any data | The user (e.g., user of OfficeXtend Mobile application) has to enter any data (e.g., OfficeXtend Mobile login details) required by the server (e.g., OfficeXtend Mobile Server) manually into the device (e.g., Smartphone). |

| | |
|---|---|
| required by the server manually into the device. | **:::voyant**<br><br>**Hello. Sign in.**<br><br>Email Address<br><br>Password<br><br>**LOG IN**<br><br>G    Sign in with Google<br><br>https://login.voyant.com/ |
| 8. The method of claim 1, in which the server also acts | The server (e.g., OfficeXtend Mobile Server) also acts as a media server so that the network connection (e.g., SIP/VoIP Invite) for that call is not limited to a voice connection, but includes also the transfer of any media assets, including data, files, chat, and data-, video- and audio streaming. |

as a media server so that the network connection is not limited to a voice connection, but includes also the transfer of any media asset, including data, video, and audio files, web pages and data, video and audio streaming.



https://play.google.com/store/apps/details?id=officextend.android

officeXtend is a next-generation unified communications service that integrates business telephony into a simple to use interface allowing users to stay connected anywhere, from any device. Designed with the user-experience in mind, officeXtend makes it easy to access telephony features, use text messaging from your business number and collaborate with Voice or Video to improve worker productivity and streamline business operations.

https://play.google.com/store/apps/details?id=officextend.android



https://help.inteliquent.com/officextend-user-guide



https://help.inteliquent.com/officextend-user-guide

| 12. The method of claim 1 in which the module establishes and controls communication between the device and the server. | The module (e.g., OfficeXtend Mobile application) establishes and control communication (e.g., SIP/VoIP communication) between the wireless device (e.g., Smartphone) and the server (e.g., OfficeXtend Mobile Server). |
|---|---|

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| 23. A system comprising a wireless device located in a region | The accused product discloses a system comprising a wireless device (e.g., Smartphone) located in a region and a server (e.g., OfficeXtend Mobile Server) for enabling the wireless device (e.g., Smartphone) to communicate with the server (e.g., OfficeXtend Mobile Server) to initiate a network connection (e.g., SIP/VoIP Invite) without using a network operator's |
|---|---|

| and a server for enabling the wireless device to communicate with the server to initiate a network connection without using a network operator's home location register that covers that region, wherein the server includes a software application that functions as a calls manager, wherein: | home location register that covers that region, wherein the server includes a software application (e.g., software running at OfficeXtend Mobile SIP/VoIP proxy Server to route/manage calls) that functions as a calls manager. <br><br>  <br><br> 500+ Downloads    3+ Rated for 3+ ⓘ <br><br> **Install**    ▣ Add to wishlist <br><br> ⬚ This app is available for your device <br><br>  <br><br> https://play.google.com/store/apps/details?id=officextend.android |

officeXtend is a next-generation unified communications service that integrates business telephony into a simple to use interface allowing users to stay connected anywhere, from any device. Designed with the user-experience in mind, officeXtend makes it easy to access telephony features, use text messaging from your business number and collaborate with Voice or Video to improve worker productivity and streamline business operations.

https://play.google.com/store/apps/details?id=officextend.android



https://help.inteliquent.com/officextend-user-guide



https://help.inteliquent.com/officextend-user-guide

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://play.google.com/store/apps/details?id=officextend.android

| (a) the wireless device is operable using a module that is responsible for contacting the server to communicate with the server over a wireless link, wherein the device includes the module that is implemented as software and that is downloadable to the device; | The wireless device (e.g., Smartphone) is operable using a module (e.g., OfficeXtend Mobile application) that is responsible for contacting a server (e.g., OfficeXtend Mobile Server) to communicate with the server (e.g., OfficeXtend Mobile Server) over a wireless link (e.g., Wi-Fi link), wherein the wireless device (e.g., Smartphone) includes the module (e.g., OfficeXtend Mobile application) that is implemented as software and that is downloadable to the wireless device (e.g., Smartphone). |



https://play.google.com/store/apps/details?id=officextend.android

officeXtend is a next-generation unified communications service that integrates business telephony into a simple to use interface allowing users to stay connected anywhere, from any device. Designed with the user-experience in mind, officeXtend makes it easy to access telephony features, use text messaging from your business number and collaborate with Voice or Video to improve worker productivity and streamline business operations.

https://play.google.com/store/apps/details?id=officextend.android



https://help.inteliquent.com/officextend-user-guide



https://help.inteliquent.com/officextend-user-guide

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (b) the wireless device is operable using the module to send, over the wireless link, data to the server that defines a call request; | The wireless device (e.g., Smartphone) is operable using the module (e.g., OfficeXtend Mobile application) to send, over the wireless link (e.g., Wi-Fi link), data to the server (e.g., OfficeXtend Mobile Server) that defines a call request (e.g., Invite signal from caller to server).  https://play.google.com/store/apps/details?id=officextend.android |

officeXtend is a next-generation unified communications service that integrates business telephony into a simple to use interface allowing users to stay connected anywhere, from any device. Designed with the user-experience in mind, officeXtend makes it easy to access telephony features, use text messaging from your business number and collaborate with Voice or Video to improve worker productivity and streamline business operations.

https://play.google.com/store/apps/details?id=officextend.android



https://help.inteliquent.com/officextend-user-guide



https://help.inteliquent.com/officextend-user-guide

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| | |
|---|---|
| (c) in response to the call request, the calls manager software included on the server is operable to decide on the appropriate routing to a third party end-user over all available networks for that call request without using the network operator's home or visitor location register. | In response to the call request (e.g., Invite signal from caller to server), the call manager software (e.g., software running at OfficeXtend Mobile SIP/VoIP proxy Server to route/manage calls) included on the server (e.g., OfficeXtend Mobile Server) is operable to decide on the appropriate routing (e.g., Invite signal from server to callee) to a third party end-user (e.g., Other users using OfficeXtend Mobile) over all available networks for that call request (e.g., Invite signal from caller to server) without using the network operator's home or visitor location register. |



https://play.google.com/store/apps/details?id=officextend.android

officeXtend is a next-generation unified communications service that integrates business telephony into a simple to use interface allowing users to stay connected anywhere, from any device. Designed with the user-experience in mind, officeXtend makes it easy to access telephony features, use text messaging from your business number and collaborate with Voice or Video to improve worker productivity and streamline business operations.

https://play.google.com/store/apps/details?id=officextend.android



https://help.inteliquent.com/officextend-user-guide



https://help.inteliquent.com/officextend-user-guide

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| | |
|---|---|
| 24. A server for enabling a wireless device to communicate with the server to initiate a network connection without using a network operator's home location register, wherein the server includes a software application that functions as a calls manager, wherein: | The accused product discloses a server enabling a wireless device (e.g., Smartphone) located in a region and a server for enabling the wireless device to communicate with the server to initiate a network connection (e.g., SIP/VoIP Invite) without using a network operator's home location register that covers that region, wherein the server includes a software application that functions as a calls manager. |



https://play.google.com/store/apps/details?id=officextend.android

officeXtend is a next-generation unified communications service that integrates business telephony into a simple to use interface allowing users to stay connected anywhere, from any device. Designed with the user-experience in mind, officeXtend makes it easy to access telephony features, use text messaging from your business number and collaborate with Voice or Video to improve worker productivity and streamline business operations.

https://play.google.com/store/apps/details?id=officextend.android



https://help.inteliquent.com/officextend-user-guide



https://help.inteliquent.com/officextend-user-guide

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| | |
|---|---|
| (a) the wireless device is operable using a module that is responsible for contacting the server to communicate with the server over a wireless link, wherein the device includes the module that is implemented as software and that is downloadable to the device; | The wireless device (e.g., Smartphone) is operable using a module (e.g., OfficeXtend Mobile application) that is responsible for contacting a server (e.g., OfficeXtend Mobile Server) to communicate with the server (e.g., OfficeXtend Mobile Server) over a wireless link (e.g., Wi-Fi link), wherein the wireless device (e.g., Smartphone) includes the module (e.g., OfficeXtend Mobile application) that is implemented as software and that is downloadable to the wireless device (e.g., Smartphone). |



https://play.google.com/store/apps/details?id=officextend.android

officeXtend is a next-generation unified communications service that integrates business telephony into a simple to use interface allowing users to stay connected anywhere, from any device. Designed with the user-experience in mind, officeXtend makes it easy to access telephony features, use text messaging from your business number and collaborate with Voice or Video to improve worker productivity and streamline business operations.

https://play.google.com/store/apps/details?id=officextend.android



https://help.inteliquent.com/officextend-user-guide



https://help.inteliquent.com/officextend-user-guide

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| | |
|---|---|
| (b) the wireless device is operable using the module to send, over the wireless link, data to the server that defines a call request; | The wireless device (e.g., Smartphone) is operable using the module (e.g., OfficeXtend Mobile application) to send, over the wireless link (e.g., Wi-Fi link), data to the server (e.g., OfficeXtend Mobile Server) that defines a call request (e.g., Invite signal from caller to server).<br><br><br><br>https://play.google.com/store/apps/details?id=officextend.android |

officeXtend is a next-generation unified communications service that integrates business telephony into a simple to use interface allowing users to stay connected anywhere, from any device. Designed with the user-experience in mind, officeXtend makes it easy to access telephony features, use text messaging from your business number and collaborate with Voice or Video to improve worker productivity and streamline business operations.

https://play.google.com/store/apps/details?id=officextend.android



https://help.inteliquent.com/officextend-user-guide



https://help.inteliquent.com/officextend-user-guide

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| | |
|---|---|
| (c) in response to the call request, the calls manager software included on the server is operable to decide on the appropriate routing to a third party end-user over all available networks for that call request without using that network operator's home or visitor location register. | In response to the call request (e.g., Invite signal from caller to server), the call manager software (e.g., software running at OfficeXtend Mobile SIP/VoIP proxy Server to route/manage calls) included on the server (e.g., OfficeXtend Mobile Server) is operable to decide on the appropriate routing (e.g., Invite signal from server to callee) to a 3rd party end-user (e.g., Other users using OfficeXtend Mobile) for that call request (e.g., Invite signal from caller to server) without using the network operator's home or visitor location register. |



https://play.google.com/store/apps/details?id=officextend.android

officeXtend is a next-generation unified communications service that integrates business telephony into a simple to use interface allowing users to stay connected anywhere, from any device. Designed with the user-experience in mind, officeXtend makes it easy to access telephony features, use text messaging from your business number and collaborate with Voice or Video to improve worker productivity and streamline business operations.

https://play.google.com/store/apps/details?id=officextend.android



https://help.inteliquent.com/officextend-user-guide



https://help.inteliquent.com/officextend-user-guide

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html