# EXHIBIT H

| US9591551 | Voyant – 'OfficeXtend' ("The accused instrumentality") |
|---|---|
| 1. Computer program product embodied on a non-transitory storage medium, the computer program product when executing on a wireless device configured to enable the wireless device, when located in a region, to initiate a network connection without using a network operator's home location register that covers that region, the computer program product configured to: | The accused product discloses a computer program product (e.g., OfficeXtend Mobile) embodied on a non-transitory storage medium (e.g., Smartphone's memory), the computer program product (e.g., OfficeXtend Mobile) when executing on a wireless device (e.g., Smartphone) configured to enable the wireless device (e.g., Smartphone), when located in a region, to initiate a network connection (e.g., SIP/VoIP Invite) without using a network operator's home location register that covers that region. <br><br> The accused product uses Internet or IP network for calling. Hence, it bypasses network operator's home location register as Wi-Fi or internet-based calling does not require home location register (HLR). |



https://play.google.com/store/apps/details?id=officextend.android

officeXtend is a next-generation unified communications service that integrates business telephony into a simple to use interface allowing users to stay connected anywhere, from any device. Designed with the user-experience in mind, officeXtend makes it easy to access telephony features, use text messaging from your business number and collaborate with Voice or Video to improve worker productivity and streamline business operations.

https://play.google.com/store/apps/details?id=officextend.android



https://help.inteliquent.com/officextend-user-guide



https://help.inteliquent.com/officextend-user-guide

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (a) contact a server to communicate with the server over a wireless link, and | The accused product discloses contact a server (e.g., OfficeXtend Mobile Server) to communicate with the server (e.g., OfficeXtend Mobile Server) over a wireless link (e.g., Wi-Fi or 4G link).  https://play.google.com/store/apps/details?id=officextend.android |

officeXtend is a next-generation unified communications service that integrates business telephony into a simple to use interface allowing users to stay connected anywhere, from any device. Designed with the user-experience in mind, officeXtend makes it easy to access telephony features, use text messaging from your business number and collaborate with Voice or Video to improve worker productivity and streamline business operations.

https://play.google.com/store/apps/details?id=officextend.android



https://help.inteliquent.com/officextend-user-guide



https://help.inteliquent.com/officextend-user-guide

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (b) send, over the wireless link, data to the server that defines a call request; | The accused product sends, over the wireless link (e.g., Wi-Fi or 4G link), data to the server (e.g., OfficeXtend Mobile Server) that defines a call request (e.g., Invite signal from caller to server).<br><br><br><br>https://play.google.com/store/apps/details?id=officextend.android |
| --- | --- |

officeXtend is a next-generation unified communications service that integrates business telephony into a simple to use interface allowing users to stay connected anywhere, from any device. Designed with the user-experience in mind, officeXtend makes it easy to access telephony features, use text messaging from your business number and collaborate with Voice or Video to improve worker productivity and streamline business operations.

https://play.google.com/store/apps/details?id=officextend.android



https://help.inteliquent.com/officextend-user-guide



https://help.inteliquent.com/officextend-user-guide

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| | |
|---|---|
| wherein, in response to the call request, a software application running on the server decides on the appropriate routing to a 3rd party end-user for that call request without using the network operator's home or visitor location register. | In response to the call request (e.g., Invite signal from caller to server), a software application (e.g., software running at OfficeXtend Mobile SIP/VoIP proxy Server to route/manage calls) running on the server (e.g., OfficeXtend Mobile Server) decides on the appropriate routing (e.g., Invite signal from server to callee) to a 3rd party end-user (e.g., Other users using OfficeXtend Mobile) for that call request (e.g., Invite signal from caller to server) without using the network operator's home or visitor location register. |



https://play.google.com/store/apps/details?id=officextend.android

officeXtend is a next-generation unified communications service that integrates business telephony into a simple to use interface allowing users to stay connected anywhere, from any device. Designed with the user-experience in mind, officeXtend makes it easy to access telephony features, use text messaging from your business number and collaborate with Voice or Video to improve worker productivity and streamline business operations.

https://play.google.com/store/apps/details?id=officextend.android



https://help.inteliquent.com/officextend-user-guide



https://help.inteliquent.com/officextend-user-guide

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| 3. Computer program product of claim 1, wherein the computer program product is downloadable to the wireless device. | The computer program product (e.g., OfficeXtend Mobile) is downloadable (e.g., install) to the wireless device (e.g., Smartphone).  https://play.google.com/store/apps/details?id=officextend.android |

| 4. Computer program product of claim 1, wherein the computer program product is embedded in the wireless device. | The computer program product (e.g., OfficeXtend Mobile) is embedded to the wireless device (e.g., Smartphone).<br><br><br><br>https://play.google.com/store/apps/details?id=officextend.android |

| 5. Computer program product of claim 1, wherein the server is an application server. | Computer program product (e.g., OfficeXtend Mobile) uses an application server (e.g., OfficeXtend Mobile Server). <br><br>  <br><br> https://play.google.com/store/apps/details?id=officextend.android |

officeXtend is a next-generation unified communications service that integrates business telephony into a simple to use interface allowing users to stay connected anywhere, from any device. Designed with the user-experience in mind, officeXtend makes it easy to access telephony features, use text messaging from your business number and collaborate with Voice or Video to improve worker productivity and streamline business operations.

https://play.google.com/store/apps/details?id=officextend.android



https://help.inteliquent.com/officextend-user-guide



https://help.inteliquent.com/officextend-user-guide

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| 7. Computer program product of claim 1, wherein the wireless device uses the internet to communicate with the server. | Computer program product (e.g., OfficeXtend Mobile) uses the wireless device (e.g., Smartphone) uses the internet (e.g., Wi-Fi) to communicate with the server (e.g., OfficeXtend Mobile Server).<br><br><br><br>https://play.google.com/store/apps/details?id=officextend.android |

officeXtend is a next-generation unified communications service that integrates business telephony into a simple to use interface allowing users to stay connected anywhere, from any device. Designed with the user-experience in mind, officeXtend makes it easy to access telephony features, use text messaging from your business number and collaborate with Voice or Video to improve worker productivity and streamline business operations.

https://play.google.com/store/apps/details?id=officextend.android



https://help.inteliquent.com/officextend-user-guide



https://help.inteliquent.com/officextend-user-guide

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| 9. Computer program product of claim 1, wherein the computer program product is configured to receive calls at the wireless device. | The computer program product (e.g., OfficeXtend Mobile) is configured to receive calls (e.g., voice calls) at the wireless device (e.g., Smartphone).<br><br><br><br>https://play.google.com/store/apps/details?id=officextend.android |

officeXtend is a next-generation unified communications service that integrates business telephony into a simple to use interface allowing users to stay connected anywhere, from any device. Designed with the user-experience in mind, officeXtend makes it easy to access telephony features, use text messaging from your business number and collaborate with Voice or Video to improve worker productivity and streamline business operations.

https://play.google.com/store/apps/details?id=officextend.android



https://help.inteliquent.com/officextend-user-guide



https://help.inteliquent.com/officextend-user-guide

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| | |
|---|---|
| 11. Computer program product of claim 1, wherein the network connection for that call is not limited to a voice connection, but includes also the transfer of any media assets, including data-, video- and audio files, web pages, and data-, video- and audio streaming. | The network connection (e.g., SIP/VoIP Invite) for that call is not limited to a voice connection, but includes also the transfer of any media assets, including data, files, chat, and data-, video- and audio streaming.<br><br><br><br><br><br>https://play.google.com/store/apps/details?id=officextend.android |

| | officeXtend is a next-generation unified communications service that integrates business telephony into a simple to use interface allowing users to stay connected anywhere, from any device. Designed with the user-experience in mind, officeXtend makes it easy to access telephony features, use text messaging from your business number and collaborate with Voice or Video to improve worker productivity and streamline business operations.<br><br>https://play.google.com/store/apps/details?id=officextend.android |
|---|---|
| 12. Computer program product of claim 1, wherein the computer program product is configured to provide messages over the internet, or HTTP over the internet communication from the wireless device to the server. | The computer program product (e.g., OfficeXtend Mobile) is configured to provide messages (e.g., video message) over the internet (e.g., Wi-Fi) from the wireless device (e.g., Smartphone) to the server (OfficeXtend Mobile Server). |



https://login.voyant.com/

| 13. Computer program product of claim 12, wherein the computer program product is configured to | The computer program product (e.g., OfficeXtend Mobile) is configured to receive at the wireless device (e.g., Smartphone) manually user-entered data (e.g., OfficeXtend Mobile login details) required by the server (e.g., OfficeXtend Mobile Server). |

| | |
|---|---|
| receive at the wireless device manually user-entered data required by the server. | <br><br>https://login.voyant.com/ |
| 14. Computer program product of claim 1, | The computer program product is configured to establish and control communication (e.g., SIP/VoIP communication) between the wireless device (e.g., Smartphone) and the server (e.g., OfficeXtend Mobile Server). |

| | |
|---|---|
| wherein the computer program product is configured to establish and control communication between the wireless device and the server. | INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)<br><br>The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.<br><br><br>https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html |
| 22. A method of enabling a wireless device, | The accused product discloses a method of enabling a wireless device (e.g., Smartphone), located in a region, to initiate a network connection (e.g., SIP/VoIP Invite) without using a network operator's home location register that covers that region. |

| located in a region, to initiate a network connection without using a network operator's home location register that covers that region, comprising the steps of: | The accused product uses Internet or IP network for calling. Hence, it bypasses network operator's home location register as Wi-Fi or internet based calling does not require home location register (HLR).  https://play.google.com/store/apps/details?id=officextend.android |

officeXtend is a next-generation unified communications service that integrates business telephony into a simple to use interface allowing users to stay connected anywhere, from any device. Designed with the user-experience in mind, officeXtend makes it easy to access telephony features, use text messaging from your business number and collaborate with Voice or Video to improve worker productivity and streamline business operations.

https://play.google.com/store/apps/details?id=officextend.android



https://help.inteliquent.com/officextend-user-guide



https://help.inteliquent.com/officextend-user-guide

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| | |
|---|---|
| (a) the wireless device using a module that is responsible for contacting a server to communicate with the server over a wireless link, wherein the wireless device includes the module that is implemented as software and that is downloadable to the wireless device; | The wireless device (e.g., Smartphone) using a module (e.g., OfficeXtend Mobile application) that is responsible for contacting a server (e.g., OfficeXtend Mobile Server) to communicate with the server (e.g., OfficeXtend Mobile Server) over a wireless link (e.g., Wi-Fi link), wherein the wireless device (e.g., Smartphone) includes the module (e.g., OfficeXtend Mobile application) that is implemented as software and that is downloadable to the wireless device (e.g., Smartphone). |



https://play.google.com/store/apps/details?id=officextend.android

officeXtend is a next-generation unified communications service that integrates business telephony into a simple to use interface allowing users to stay connected anywhere, from any device. Designed with the user-experience in mind, officeXtend makes it easy to access telephony features, use text messaging from your business number and collaborate with Voice or Video to improve worker productivity and streamline business operations.

https://play.google.com/store/apps/details?id=officextend.android



https://help.inteliquent.com/officextend-user-guide



https://help.inteliquent.com/officextend-user-guide

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (b) the wireless device using the module to send, over the wireless link, data to the server that defines a call request; | The wireless device (e.g., Smartphone) using the module (e.g., OfficeXtend Mobile application) to send, over the wireless link (e.g., Wi-Fi link), data to the server (e.g., OfficeXtend Mobile Server) that defines a call request (e.g., Invite signal from caller to server).<br><br><br><br>https://play.google.com/store/apps/details?id=officextend.android |

officeXtend is a next-generation unified communications service that integrates business telephony into a simple to use interface allowing users to stay connected anywhere, from any device. Designed with the user-experience in mind, officeXtend makes it easy to access telephony features, use text messaging from your business number and collaborate with Voice or Video to improve worker productivity and streamline business operations.

https://play.google.com/store/apps/details?id=officextend.android



https://help.inteliquent.com/officextend-user-guide



https://help.inteliquent.com/officextend-user-guide

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (c) in response to the call request, a software application running on the server deciding on the appropriate routing to a 3rd party end-user for that call request without using the network operator's home or visitor location register. | In response to the call request (e.g., Invite signal from caller to server), a software application (e.g., software running at OfficeXtend Mobile SIP/VoIP proxy Server to route/manage calls) running on the server (e.g., OfficeXtend Mobile Server) deciding on the appropriate routing (e.g., Invite signal from server to callee) to a 3rd party end-user (e.g., Other users using OfficeXtend Mobile) for that call request (e.g., Invite signal from caller to server) without using the network operator's home or visitor location register. |
|---|---|



https://play.google.com/store/apps/details?id=officextend.android

officeXtend is a next-generation unified communications service that integrates business telephony into a simple to use interface allowing users to stay connected anywhere, from any device. Designed with the user-experience in mind, officeXtend makes it easy to access telephony features, use text messaging from your business number and collaborate with Voice or Video to improve worker productivity and streamline business operations.

https://play.google.com/store/apps/details?id=officextend.android



https://help.inteliquent.com/officextend-user-guide



https://help.inteliquent.com/officextend-user-guide

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| | |
|---|---|
| 23. A system comprising a wireless device located in a region and a server for enabling the wireless device to communicate with the server to initiate a network connection without using a network operator's home location register that covers that region, wherein the server includes a software application that functions as a calls manager, wherein: | The accused product discloses a system comprising a wireless device (e.g., Smartphone) located in a region and a server (e.g., OfficeXtend Mobile Server) for enabling the wireless device (e.g., Smartphone) to communicate with the server (e.g., OfficeXtend Mobile Server) to initiate a network connection (e.g., SIP/VoIP Invite) without using a network operator's home location register that covers that region, wherein the server includes a software application (e.g., software running at OfficeXtend Mobile SIP/VoIP proxy Server to route/manage calls) that functions as a calls manager. |



https://play.google.com/store/apps/details?id=officextend.android

officeXtend is a next-generation unified communications service that integrates business telephony into a simple to use interface allowing users to stay connected anywhere, from any device. Designed with the user-experience in mind, officeXtend makes it easy to access telephony features, use text messaging from your business number and collaborate with Voice or Video to improve worker productivity and streamline business operations.

https://play.google.com/store/apps/details?id=officextend.android



https://help.inteliquent.com/officextend-user-guide



https://help.inteliquent.com/officextend-user-guide

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| | |
|---|---|
| (a) the wireless device is operable using a module that is responsible for contacting the server to communicate with the server over a wireless link, wherein the wireless device includes the module that is implemented as software and that is downloadable to the wireless device; | The wireless device (e.g., Smartphone) is operable using a module (e.g., OfficeXtend Mobile application) that is responsible for contacting a server (e.g., OfficeXtend Mobile Server) to communicate with the server (e.g., OfficeXtend Mobile Server) over a wireless link (e.g., Wi-Fi link), wherein the wireless device (e.g., Smartphone) includes the module (e.g., OfficeXtend Mobile application) that is implemented as software and that is downloadable to the wireless device (e.g., Smartphone). |



https://play.google.com/store/apps/details?id=officextend.android

officeXtend is a next-generation unified communications service that integrates business telephony into a simple to use interface allowing users to stay connected anywhere, from any device. Designed with the user-experience in mind, officeXtend makes it easy to access telephony features, use text messaging from your business number and collaborate with Voice or Video to improve worker productivity and streamline business operations.

https://play.google.com/store/apps/details?id=officextend.android



https://help.inteliquent.com/officextend-user-guide



https://help.inteliquent.com/officextend-user-guide

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (b) the wireless device is operable using the module to send, over the wireless link, data to the server that defines a call request; | The wireless device (e.g., Smartphone) is operable using the module (e.g., OfficeXtend Mobile application) to send, over the wireless link (e.g., Wi-Fi link), data to the server (e.g., OfficeXtend Mobile Server) that defines a call request (e.g., Invite signal from caller to server).<br><br><br><br>https://play.google.com/store/apps/details?id=officextend.android |

officeXtend is a next-generation unified communications service that integrates business telephony into a simple to use interface allowing users to stay connected anywhere, from any device. Designed with the user-experience in mind, officeXtend makes it easy to access telephony features, use text messaging from your business number and collaborate with Voice or Video to improve worker productivity and streamline business operations.

https://play.google.com/store/apps/details?id=officeextend.android



https://help.inteliquent.com/officextend-user-guide



https://help.inteliquent.com/officextend-user-guide

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| | |
|---|---|
| (c) in response to the call request, the calls manager software included on the server is operable to decide on the appropriate routing to a 3rd party end-user for that call request without using the network operator's home or visitor location register. | In response to the call request (e.g., Invite signal from caller to server), the call manager software (e.g., software running at OfficeXtend Mobile SIP/VoIP proxy Server to route/manage calls) included on the server (e.g., OfficeXtend Mobile Server) is operable to decide on the appropriate routing (e.g., Invite signal from server to callee) to a 3rd party end-user (e.g., Other users using OfficeXtend Mobile) for that call request (e.g., Invite signal from caller to server) without using the network operator's home or visitor location register. |



https://play.google.com/store/apps/details?id=officextend.android

officeXtend is a next-generation unified communications service that integrates business telephony into a simple to use interface allowing users to stay connected anywhere, from any device. Designed with the user-experience in mind, officeXtend makes it easy to access telephony features, use text messaging from your business number and collaborate with Voice or Video to improve worker productivity and streamline business operations.

https://play.google.com/store/apps/details?id=officextend.android



https://help.inteliquent.com/officextend-user-guide



https://help.inteliquent.com/officextend-user-guide

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| 24. A server for enabling a wireless device to communicate with the server to initiate a network connection without using a network operator's home location register, wherein the server includes a software application that functions as a calls manager, wherein: | The accused product discloses a server enabling a wireless device (e.g., Smartphone) located in a region and a server for enabling the wireless device to communicate with the server to initiate a network connection (e.g., SIP/VoIP Invite) without using a network operator's home location register that covers that region, wherein the server includes a software application (e.g., software running at OfficeXtend Mobile SIP/VoIP proxy Server to route/manage calls) that functions as a calls manager. |
| --- | --- |



https://play.google.com/store/apps/details?id=officextend.android

officeXtend is a next-generation unified communications service that integrates business telephony into a simple to use interface allowing users to stay connected anywhere, from any device. Designed with the user-experience in mind, officeXtend makes it easy to access telephony features, use text messaging from your business number and collaborate with Voice or Video to improve worker productivity and streamline business operations.

https://play.google.com/store/apps/details?id=officextend.android



https://help.inteliquent.com/officextend-user-guide



https://help.inteliquent.com/officextend-user-guide

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (a) the wireless device is operable using a module that is responsible for contacting the server to communicate with the server over a wireless link, wherein the wireless device includes the module that is implemented as software and that is downloadable to the wireless device; | The wireless device (e.g., Smartphone) is operable using a module (e.g., OfficeXtend Mobile application) that is responsible for contacting a server (e.g., OfficeXtend Mobile Server) to communicate with the server (e.g., OfficeXtend Mobile Server) over a wireless link (e.g., Wi-Fi link), wherein the wireless device (e.g., Smartphone) includes the module (e.g., OfficeXtend Mobile application) that is implemented as software and that is downloadable to the wireless device (e.g., Smartphone). |
|---|---|



https://play.google.com/store/apps/details?id=officextend.android

officeXtend is a next-generation unified communications service that integrates business telephony into a simple to use interface allowing users to stay connected anywhere, from any device. Designed with the user-experience in mind, officeXtend makes it easy to access telephony features, use text messaging from your business number and collaborate with Voice or Video to improve worker productivity and streamline business operations.

https://play.google.com/store/apps/details?id=officextend.android



https://help.inteliquent.com/officextend-user-guide



https://help.inteliquent.com/officextend-user-guide

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://play.google.com/store/apps/details?id=officextend.android

| (b) the wireless device is operable using the module to send, over the wireless link, data to the server that defines a call request; | The wireless device (e.g., Smartphone) is operable using the module (e.g., OfficeXtend Mobile application) to send, over the wireless link (e.g., Wi-Fi link), data to the server (e.g., OfficeXtend Mobile Server) that defines a call request (e.g., Invite signal from caller to server).  https://play.google.com/store/apps/details?id=officextend.android |

officeXtend is a next-generation unified communications service that integrates business telephony into a simple to use interface allowing users to stay connected anywhere, from any device. Designed with the user-experience in mind, officeXtend makes it easy to access telephony features, use text messaging from your business number and collaborate with Voice or Video to improve worker productivity and streamline business operations.

https://play.google.com/store/apps/details?id=officextend.android



https://help.inteliquent.com/officextend-user-guide



https://help.inteliquent.com/officextend-user-guide

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| | |
|---|---|
| (c) in response to the call request, the calls manager software included on the server is operable to decide on the appropriate routing to a 3rd party end-user for that call request without using that network operator's home or visitor location register. | In response to the call request (e.g., Invite signal from caller to server), the call manager software (e.g., software running at OfficeXtend Mobile SIP/VoIP proxy Server to route/manage calls) included on the server (e.g., OfficeXtend Mobile Server) is operable to decide on the appropriate routing (e.g., Invite signal from server to callee) to a 3rd party end-user (e.g., Other users using OfficeXtend Mobile) for that call request (e.g., Invite signal from caller to server) without using the network operator's home or visitor location register. |



https://play.google.com/store/apps/details?id=officextend.android

officeXtend is a next-generation unified communications service that integrates business telephony into a simple to use interface allowing users to stay connected anywhere, from any device. Designed with the user-experience in mind, officeXtend makes it easy to access telephony features, use text messaging from your business number and collaborate with Voice or Video to improve worker productivity and streamline business operations.

https://play.google.com/store/apps/details?id=officextend.android



https://help.inteliquent.com/officextend-user-guide



https://help.inteliquent.com/officextend-user-guide

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html